UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-03249-ODW(AGRx) | Date | June 17, 2015 |
|---|---|---|---|
| Title | Comedymx Inc. v. Bruce St Clair et al | | |

| Present: The Honorable | OTIS D WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sheila English | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:**   (IN CHAMBERS):   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   Party is ordered to show cause in writing no later than June 24, 2016 why this action should not be dismissed for lack of prosecution.

   The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Complete and return forms AO 120 and/or AO 121.

   In accordance with Rule 78 of the Federal Rules of Civil procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Court's Order may result in the dismissal of the action.

   IT IS SO ORDERED.

|   | : | 00 |
|---|---|---|
| Initials of Preparer | se | |