Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorney for Plaintiff and Counterdefendant
ComedyMX, Inc., and
Counterdefendant
Edward Heldman, III

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMEDYMX, INC., a corporation;<br><br>Plaintiff,<br><br>v.<br><br>BRUCE ST. CLAIR, an individual; JOSHUA DANE ST. CLAIR, an individual; THE CARTOON CHANNEL, a business entity of unknown form;<br><br>Defendants. | Case No.: 2:16-cv-03249 AGR<br><br>Honorable Alicia G. Rosenberg<br><br>**PLAINTIFF AND COUNTERDEFENDANT COMEDYMX, INC. AND COUNTERDEFENDANT EDWARD HELDMAN, III'S ANSWER TO AMENDED COUNTERCLAIM** |
| JOSHUA DANE ST. CLAIR, an individual;<br><br>Counterclaimant,<br><br>v.<br><br>COMEDYMX, INC., a Nevada Corporation; EDWARD HELDMAN III, an individual,<br><br>Counterdefendants. | |

1

Plaintiff and Counterdefendant ComedyMX, Inc. ("ComedyMX") and Counterdefendant Edward Heldman, III ("Heldman") (individually and collectively "Counterdefendants") by and through their counsel, hereby answer the Amended Counterclaim of Defendant and Counterclaimant Joshua Dane St. Clair (hereinafter "St. Clair") ("Counterclaim") (Doc. 83) and admit, deny and allege as follows:

## JURISDICTION AND VENUE

1. Paragraph 1 of the Counterclaim states a legal conclusion and does not require a response.

2. Paragraph 2 of the Counterclaim states a legal conclusion and does not require a response.

3. Paragraph 3 of the Counterclaim states a legal conclusion and does not require a response.

4. Paragraph 4 of the Counterclaim states a legal conclusion and does not require a response.

## PARTIES

5. Counterdefendants lacks sufficient information and belief to either admit or deny Paragraph 5 of the Counterclaim and, therefore, deny the allegations contained therein.

6. Counterdefendants admit the allegations contained in Paragraph 6 of the Counterclaim.

7. Counterdefendants admit the allegations contained in Paragraph 7 of the Counterclaim.

8. The allegations contained in Paragraph 8 are no longer relevant because ComedyMC, LLC is no longer a party to this action and, thus, no response is required.

9. Counterdefendants lacks sufficient information and belief to either admit or deny Paragraph 9 of the Counterclaim and, therefore, deny the allegations contained therein.

10. Counterdefendants deny the allegations contained in Paragraph 10 of the Counterclaim.

## CONDUCT COMMON TO ALL COUNTERCLAIMS

11. Counterdefendants admit that Counterclaimant uploaded a video entitled "The Biggest Looney Tunes Compilation: Bugs Bunny, Daffy Duck and more! [Cartoons for Children – HD]" (the "Compilation") to Youtube.com and that some of the cartoons in the video were in the public domain. Counterdefendants deny the remaining allegations contained in Paragraph 11 of the Counterclaim.

12. Counterdefendants deny the allegations contained in Paragraph 12 of the Counterclaim.

13. Counterdefendants deny the allegations contained in Paragraph 13 of the Counterclaim.

14. Counterdefendants deny the allegations contained in Paragraph 14 of the Counterclaim.

15. Counterdefendants lack sufficient information to either admit or deny the allegations contained in Paragraph 15 of the Counterclaim and, therefore, deny the allegations contained therein.

16. Counterdefendants lack sufficient information to either admit or deny the allegations contained in Paragraph 16 of the Counterclaim and, therefore, deny the allegations contained therein.

17. Counterdefendants lack sufficient information to either admit or deny the allegations contained in Paragraph 17 of the Counterclaim and, therefore, deny the allegations contained therein.

18. Counterdefendants lack sufficient information to either admit or deny the allegations contained in Paragraph 18 of the Counterclaim and, therefore, deny the allegations contained therein.

19. Counterdefendants lack sufficient information to either admit or deny the allegations contained in Paragraph 19 of the Counterclaim and, therefore, deny

the allegations contained therein.

20. Counterdefendants admit the allegations contained in Paragraph 20 of the Counterclaim.

21. Counterdefendants admit the allegations contained in Paragraph 21 of the Counterclaim.

22. Counterdefendants deny the allegations contained in Paragraph 22 of the Counterclaim as the attached DMCA counter-notice (Exhibit 1) reveals that the DMCA counter-notice was attested and digitally signed by Bruce St. Clair with the email address of brucestc@hotmail.com.

23. Counterdefendants admit the allegations contained in Paragraph 23 of the Counterclaim.

## ALTER EGO ALLEGATIONS AS TO EDWARD HELDMAN III

24. Counterdefendants incorporate their responses to the allegations contained in the previous paragraphs of the Counterclaim, as though fully set forth herein.

25. Counterdefendants deny the allegations contained in Paragraph 25 of the Counterclaim.

26. Counterdefendants deny the allegations contained in Paragraph 26 of the Counterclaim.

27. Counterdefendants admit that ComedyMX was created in 2015. Counterdefendants admit that the Copyrighted Cartoons were uploaded on or about December 7 and 8, 2013. Counterdefendants admit that ComedyMX holds the copyright to the Copyrighted Cartoons attached as Exhibit B to the Complaint. Counterdefendants otherwise deny the allegations contained in Paragraph 27 of the Counterclaim.

28. Counterdefendants admit the allegations contained in Paragraph 28 of the Counterclaim.

29. Counterdefendants admit the allegations contained in Paragraph 29 of

the Counterclaim.

30. Counterdefendants admit the allegations contained in Paragraph 30 of the Counterclaim.

31. Counterdefendants deny the allegations contained in Paragraph 31 of the Counterclaim.

32. Counterdefendants deny the allegations contained in Paragraph 32 of the Counterclaim.

33. Counterdefendants deny the allegations contained in Paragraph 33 of the Counterclaim.

34. Counterdefendants deny the allegations contained in Paragraph 34 of the Counterclaim.

35. Counterdefendants deny the allegations contained in Paragraph 35 of the Counterclaim.

36. Counterdefendants deny the allegations contained in Paragraph 36 of the Counterclaim.

## FIRST CLAIM FOR RELIEF

*(Cal. Bus. Prof Code § 17200, et seq. – Unfair Competition—As to All Counterdefendants)*

37. Counterdefendants hereby repeat and incorporate by reference their previous responses to the paragraphs of the Counterclaim, as though fully set forth herein.

38. St. Clair's First Claim for Relief has been dismissed by the Court and is no longer at issue in this Action, thus, no response to Paragraph 38 is required.

39. St. Clair's First Claim for Relief has been dismissed by the Court and is no longer at issue in this Action, thus, no response to Paragraph 39 is required.

40. St. Clair's First Claim for Relief has been dismissed by the Court and is no longer at issue in this Action, thus, no response to Paragraph 40 is required.

## SECOND CLAIM FOR RELIEF

*(Declaratory Judgment –As to all Counterdefendants)*

41.   Counterdefendants hereby repeat and incorporate by reference their previous responses to the paragraphs of the Counterclaim, as though fully set forth herein.

42.   Counterdefendants deny the allegations contained in Paragraph 42 of the Counterclaim.

43.   Counterdefendants deny the allegations contained in Paragraph 43 of the Counterclaim.

44.   Counterdefendants deny the allegations contained in Paragraph 44 of the Counterclaim.

45.   Counterdefendants deny the allegations contained in Paragraph 45 of the Counterclaim.

46.   Counterdefendants deny the allegations contained in Paragraph 46 of the Counterclaim.

47.   Counterdefendants deny the allegations contained in Paragraph 47 of the Counterclaim.

## **FOURTH[1] CLAIM FOR RELIEF**

*(Misrepresentation under 17 U.S.C. § 512(f) –As to all Counterdefendants)*

48.   Counterdefendants hereby repeat and incorporate by reference their previous responses to the paragraphs of the Counterclaim, as though fully set forth herein.

49.   Counterdefendants deny the allegations contained in Paragraph 49 of the Counterclaim.

50.   Counterdefendants deny the allegations contained in Paragraph 50 of the Counterclaim.

51.   Counterdefendants deny the allegations contained in Paragraph 51 of the Counterclaim.

---

[1] There is no Third Claim for Relief in the Counterclaim.

52. Counterdefendants deny the allegations contained in Paragraph 52 of the Counterclaim.

53. Counterdefendants deny the allegations contained in Paragraph 53 of the Counterclaim.

54. Counterdefendants deny the allegations contained in Paragraph 54 of the Counterclaim.

55. Counterdefendants deny the allegations contained in Paragraph 55 of the Counterclaim.

### FIFTH CLAIM FOR RELIEF

*(Intentional Interference with Prospective Economic Relations – As to all Counterdefendants)*

56. Counterdefendants hereby repeat and incorporate by reference their previous responses to the paragraphs of the Counterclaim, as though fully set forth herein.

57. St. Clair's Fifth Claim for Relief has been dismissed by the Court and is no longer at issue in this Action, thus, no response to Paragraph 57 is required.

58. St. Clair's Fifth Claim for Relief has been dismissed by the Court and is no longer at issue in this Action, thus, no response to Paragraph 58 is required.

59. St. Clair's Fifth Claim for Relief has been dismissed by the Court and is no longer at issue in this Action, thus, no response to Paragraph 59 is required.

### PRAYER FOR RELIEF

63. Counterdefendants deny that St. Clair is entitled to any relief, including the relief its seeks in Paragraphs A through F of its Prayer for Relief.

### AFFIRMATIVE DEFENSES
### FIRST AFFIRATIVE DEFENSE
**(Unclean Hands)**

60. St. Clair is barred from recovery by virtue of his unclean hands.

## SECOND AFFIRATIVE DEFENSE

### (Failure to Mitigate)

61. St. Clair is barred from recovery as he failed to exercise reasonable efforts to mitigate his damages allegedly caused by Counterdefendants.

## THIRD AFFIRATIVE DEFENSE

### (Estoppel)

62. St. Clair is barred from recovery by the doctrine of estoppel.

## FOURTH AFFIRATIVE DEFENSE

### (Fraud)

63. St. Clair is barred from recovery by virtue of his fraud.

64. For instance, St. Clair misrepresented the source of the cartoons that make up his Compilation as the Compilation includes the Copyrighted Cartoons of ComedyMX.

65. Upon information and belief, St. Clair was aware of the true source of the cartoons that make up his Compilation at the time it was uploaded.

66. St. Clair did so with the intent to defraud and caused damage to Counterdefendants as a result of its misrepresentation.

## FIFTH AFFIRATIVE DEFENSE

### (Illegality)

67. St. Clair is barred from recovery as its conduct with regard to the Compilation was illegal.

## SIXTH AFFIRATIVE DEFENSE

### (Laches/Statute of Limitations)

68. The Counterclaim, and each cause of action contained therein, is barred by the doctrine of laches and/or the applicable statute of limitations.

## SEVENTH AFFIRATIVE DEFENSE

### (Waiver)

69. St. Clair is barred from recovery by virtue of his waiver of his causes of action against Counterdefendants.

### NINTH AFFIRATIVE DEFENSE
### (Acts and Omissions)

70. St. Clair is barred from recovery by virtue of his acts and omissions.

### TENTH AFFIRATIVE DEFENSE
### (Lack of Injury or Damages)

71. St. Clair has not suffered any injury or damages as a result of the conduct of the Counterdefendants alleged in the Counterclaim.

### ELEVENTH AFFIRATIVE DEFENSE
### (Right to Assert Additional Affirmative Defenses)

72. Counterdefendants reserve their rights to assert additional affirmative defenses that have not yet been stated.

WHEREFORE, Counterdefendants pray as follows:

1. That St. Clair and the other Defendants in this action—Joshua Dane St. Clair and The Cartoon Channel (collectively, with St. Clair, "Defendants"), their agents, and servants be enjoined during the pendency of this action and permanently from infringing said copyright of ComedyMX in any manner.
2. That Defendants be required to pay Counterdefendants such damages as Counterdefendants have sustained in consequence of Defendants' infringement of said copyright and to account for all gains and profits received by Defendants as a result of Defendants' infringement of ComedyMX's copyright or such damages as to the Court shall appear proper within the provisions of the copyright statutes.
3. That Defendants pay to Counterdefendants the costs of this action and reasonable attorney's fees to be allowed to Counterdefendants by the Court.
4. That Counterdefendants have such other and further relief as is just, equitable, and proper.

DATED: December 14, 2016

                        LAW OFFICES OF LARRY ZERNER

                        By:   /s/LarryZerner
                              Larry Zerner, Esq.
                              Attorney for Plaintiff and
                              Counterdefendant
                              ComedyMX Inc., and
                              Counterdefendant
                              Edward Heldman, III

10

ANSWER TO AMENDED COUNTERCLAIM

## **DEMAND FOR JURY TRIAL**

Plaintiff and Counterdefendant ComedyMX, Inc. and Counterdefendant Edward Heldman, III hereby demand a jury trial of this action.

DATED: December 14, 2016

                                  LAW OFFICES OF LARRY ZERNER

                                  By:    /s/Larry Zerner
                                              Larry Zerner, Esq.
                                              Attorney for Plaintiff and
                                              Counterdefendant
                                              ComedyMX Inc., and
                                              Counterdefendant
                                              Edward Heldman, III

ANSWER TO AMENDED COUNTERCLAIM